UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LORI FORD, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:07-cv-0213- DFH-TAB |
| | ) | |
| CITY OF CRAWFORDSVILLE, INDIANA, | ) | |
|     Defendant. | ) | |

## ADOPTION OF REPORT AND RECOMMENDATION

The Magistrate Judge submitted his Report and Recommendation. Parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections. The Court, having considered the Magistrate Judge's Report and any objections thereto, and being duly advised, approves and adopts the Magistrate Judge's Report and Recommendation.

Accordingly, the Court finds that the settlement agreement attached as Exhibit 2 to the Magistrate Judge's Report and Recommendation reflects the agreement the parties reached at the settlement conference and will bind the parties. Further, the Court will defer dismissing this action for forty-five days to allow the parties to bring any disputes regarding implementation of the terms of the final settlement agreement to the attention of the Court.

Dated: November 26, 2007

_____
DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

1

Copies to:

Stephanie Lynn Cassman
LEWIS & WAGNER
scassman@lewiswagner.com

Ellen M. Corcella
CORCELLA & KING LLC
corcellasolutions@gmail.com

Robert R. Foos
LEWIS & WAGNER
rfoos@lewiswagner.com